UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
NEWARK VICINAGE

|  |  |
|---|---|
| MARCOS DOGLIO, on behalf of himself and all others similarly situated<br><br>Plaintifff,<br><br>-vs-<br><br>SLAY TRANSPORTATION CO., INC.,; SLAY INDUSTRIES; and J.S. LEASING COMPANY, INC.,<br><br>Defendants. | Case No. 2:20-cv-00346<br><br>CONSENT ORDER OF DISMISSAL |

**THIS MATTER** having been placed before the Court by Mashel Law LLC, attorney for Plaintiff, Marcos Doglio; and it being agreed to by all parties as evidenced by this duly executed consent, it is on this _____ day of June, 2020 **ORDERED**, that the above-captioned lawsuit be dismissed by this Court without prejudice to the Plaintiff to refile the Complaint in the appropriate Court of the State of New Jersey, without costs assessed against Plaintiff. Plaintiff Marcos Doglio and Defendants Slay Transportation Co., Inc., Slay Industries and J.S. Leasing Company, Inc., through counsel, further agree and stipulate that the statute of limitations on any claim alleged in his Complaint, Case No. 2:20-cv-00346, including claims under the New Jersey Wage and Hour Law and New Jersey Wage Payment Law., were tolled as of January 9, 2020.

MASHEL LAW, LLC
   Attorneys for Plaintiff, *Marcos Doglio*

BIANCAMANO & DI STEFANO, P.C
   Attorneys for Defendants, *Slay Transportation, Slay Industries and J.S. Leasing Co., Inc.*

_____
Amy Blanchfield, Esq.

_____
Daniel J. Giordano, Esq.

Date: 6/12/2020

_____
Hon. CLAIRE C. CECCHI
United States District Judge